UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

Plaintiff,

v.

ANTON ROBERT MOORE,

Defendant.

Case No. MJ11-612

**DETENTION ORDER**

Offense charged:

Conspiracy to Distribute Controlled Substances.

Date of Detention Hearing: December 20, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with an offense in which detention is presumed. The Court finds defendant has failed to overcome this presumption. Defendant has a lengthy criminal history

DETENTION ORDER - 1

over twenty years long. Each year, he has had contact with law enforcement. He has numerous felony convictions including prior felony drug convictions. He has a substance abuse problem and receives methadone to address it. He has had numerous parole violations indicating that his performance while on supervision has been poor. He faces a mandatory sentence of 10 years of imprisonment and there is thus an incentive to flee. The Court received very little information about defendant's residence, stability in the community, employment, financial status or drug and alcohol problems.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of December, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge